FILED

04/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0688

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0688

_____

IN THE MATTER OF THE
MENTAL HEALTH OF:

R.B.,

       Respondent and Appellant.

O R D E R

_____

M. R. App. P. 10(6) requires the use of initials for parties in certain proceedings.  In any proceeding under Title 53, Chapter 21, MCA, only the initials of the individual party may be used in all filings.

The Court has determined that there was a reference in the Appellee's Response Brief to the Respondent's last name on page 7, and it was not abbreviated.  Thus, the brief does not comply with the referenced Rule.  Therefore,

IT IS ORDERED that the referenced brief is rejected for the revision necessary to comply with the specified Rule;

IT IS FURTHER ORDERED that no other changes, additions or deletions may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the revised brief be filed within ten (10) days of the date of this Order with the Clerk of this Court and served on counsel of record;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of refiling of the brief being returned this date; and

IT IS FURTHER ORDERED that the Clerk of this Court is directed to provide a true copy of this Order to counsel for Appellee and to all counsel upon whom the brief was served.

DATED this 7 day of April, 2020.

1

For the Court,

By_____
                    Justice

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
April 7 2020